AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern District of Texas
FILED
*11/17/2022*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Ramon MAYA-Gonzalez<br><br>*Defendant(s)* | Case No. V-22-0061M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 15, 2022__ in the county of __Goliad__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | any alien who--<br>(1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter<br>(2) enters, attempts to enter, or is at any time found in, the United States, |

This criminal complaint is based on these facts:

On Novemebr 15, 2022, Ramon MAYA-Mendez was encountered in a human smuggling case in Goliad County, Texas. When interviewed by HSI agents, MAYA admitted he was a citizen of Mexico and was unlawfully present in the United States.  Record checks conducted by HSI revealed MAYA was ordered removed by a designated official on January 6, 2015 and was removed via the Laredo, Texas Port of Entry to Mexico on January 14, 2015. At this time, no evidence has been discovered suggesting MAYA requested permission from the Attorney General or the Secretary of the Department of Homeland Security to enter the United States after deportation.  AUSA Patti Booth was notified and agreed to prosecute Ramon MAYA-Gonzalez for 8 U.S.C. § 1326.

☐ Continued on attached sheet.

*Complainant's signature*

Carl E. Marshall, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found:

Date: November 17, 2022

*Judge's signature*

City and state: Corpus Christi, Texas

Mitchel Neurock, U.S. Magistrate Judge
*Printed name and title*